ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Fibersat Networking Services                   )    ASBCA No. 62991
                                               )
Under Contract No. W91B4N-18-P-5013            )

APPEARANCE FOR THE APPELLANT:          Mr. Obaidullah Karimy
                                         Chief Financial Officer

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Michael R. Tregle, Jr., JA
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 21, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62991, Appeal of Fibersat Networking Services, rendered in conformance with the Board's Charter.

Dated:  November 21, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals